**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LANDMARK EQUITY FUND II, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>JULIO ARIAS, et al.,<br><br>    Defendants. | Case No.: 1:15-cv-00202 - JLT<br><br>ORDER AFTER INFORMAL TELEPHONIC CONFERENCE<br><br>(Doc. 57) |

At the request of Plaintiff's counsel, on February 24, 2016, the Court held a telephonic conference regarding a dispute over various discovery issues.  (Doc. 57)  At the conference, the Court resolved many of the issues and, based thereon, **ORDERS**:

    1.    The depositions of the defendants will occur on **April 5, 2016** at Esquire deposition service in Bakersfield.  The first deposition will begin at 8:30 a.m. and the final deposition will conclude no more than seven hours later.  The deposition notice previously service will suffice as notice of this changed date.  The undersigned will be in the office on this date—though scheduled for hearings—but, as necessary, may be contacted through the courtroom deputy to resolve disputes if they arise during the depositions;

    2.    The deposition of the plaintiff's corporate designee will occur at Esquire deposition service in Bakersfield.  The deposition will begin at 9:00 a.m. and will conclude no more than seven hours later.  The deposition notice previously service will suffice as notice of this changed date. The

undersigned will be in the office on this date—though scheduled for hearings—but, as necessary, may be contacted through the courtroom deputy to resolve disputes if they arise during the depositions;

    3.    Counsel **SHALL** make all efforts to ensure the availability of the deponents on the dates and times set forth. If there is an extreme situation that makes any of the deponents unavailable on the dates and times set forth above, no later than **March 15, 2016**, counsel **SHALL** lodge via e-mail to JLTOrderscaed.uscourts.gov a statements explaining why the deponent cannot attend;

    4.    Plaintiff **SHALL** serve the documents responsive to the production request made by defendants via overnight mail so that they are received by defendants' counsel by **February 29, 2016**.

**<u>Absolutely no further modifications to the case schedule are authorized and failure to comply with this order may result in the imposition of sanctions.</u>**

IT IS SO ORDERED.

Dated:   **February 25, 2016**                   **/s/ Jennifer L. Thurston**
                                                    UNITED STATES MAGISTRATE JUDGE